1  Shaun Setareh (SBN 204514)
         shaun@setarehlaw.com
2  Thomas Segal (SBN 222791)
         thomas@setarehlaw.com
3  **SETAREH LAW GROUP**
   9454 Wilshire Blvd., Suite 907
4  Beverly Hills, California 90212
   Telephone:   (310) 888-7771
5  Facsimile:   (310) 888-0109

6
   Attorneys for Plaintiff,
7  VALERIA GUERRERO-HERNANDEZ

8  Stuart D. Tochner (SBN 123758)
         Stuart.tochner@ogletreedeakins.com
9  Catherine J. Coble (SBN 223461)
         Catherine.coble@ogletreedeakins.com
10 Corina Valderrama (SBN 279203)
         Corina.valderrama@ogletreedeakins.com
11 **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
12 400 South Hope Street, Suite 1200
   Los Angeles, CA 90071
13 Telephone:   (213)239-9800
14 Facsimile:   (213)239-9045

15 Attorneys for Defendant,
   OZBURN-HESSEY LOGISTICS, LLC
16

17                    UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19

|  |  |
|---|---|
| VALERIA GUERRERO-HERNANDEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OZBURN-HESSEY LOGISTICS, LLC, a Tennessee limited liability corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 4:16-cv-02999-WHA<br><br>[PROPOSED] ORDER ON JOINT STIPULATION TO TRANSFER ACTION AND WAIVE LOCAL RULE 23-3;<br><br>[FILED CONCURRENTLY WITH JOINT STIPULATION]<br><br>Action Filed:     April 22, 2016<br>Removal Filed:   June 3, 2016<br>Trial Date:       Not Set<br>District Judge:   Hon. William H. Alsup |

[PROPOSED] ORDER

## [PROPOSED] ORDER

Having read and considered the Parties' Joint Stipulation to Transfer Action and Waive Local Rule 23-3 (the "Stipulation"), and good cause appearing therefore,

The Court GRANTS the Stipulation and hereby transfers this action to the Central District of California, Eastern Division.

**IT IS SO ORDERED.**

Dated: ___June 30___, 2016

_____
Hon. William H. Alsup