FILED
CLERK, U.S. DISTRICT COURT
3/24/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIA GUERRERO-HERNANDEZ, on behalf of herself, all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OZBURN-HESSEY LOGISTICS, LLC, a Tennessee limited liability corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 5:16-cv-01422 JAK (AFMx)<br><br>**JUDGMENT** |

Because the Motion for Final Approval of the Class Action Settlement (Dkt. 93) in this action has been granted, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. This Action is dismissed with prejudice. However, the Court reserves exclusive and continuing jurisdiction over the Action, Plaintiff Valeria Guerrero-Hernandez ("Class Representative"), the Class and the Defendant for the purposes of resolving disputes over the implementation, enforcement, construction, and interpretation of the settlement of the Action.

2. Upon entry of this Judgment, the claims in this Action of each member of the Class against the Defendant, and against any and all of the other released parties are fully, finally, and forever released, relinquished, and discharged.

3. Upon entry of this Judgment, the Class Representative is forever barred and enjoined from prosecuting the any claims covered by the general release against Defendant and against any of the other released parties.

4. Upon entry of this Judgment, all obligations of the Defendant to the Class are fully enforceable.

Dated: March 24, 2020       _____
                            John A. Kronstadt
                            United States District Judge